In the Matter of the Application of SALVATORE FALCONE, Petitioner, for an Order to Review a Determination of NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion to transfer matter to the Appellate Division, First Department, granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

DELLA MINOR, Respondent, v. ELEANOR SCOONS, Appellant.— Appeal from a judgment taken by default. Such an appeal does not lie. (Civ. Prac. Act, § 557; *Strohbeck, Inc.*, v. *Bennett's High Arch Shoe Shop, Inc.*, 217 App. Div. 66.) Motion to dismiss appeal granted. Present — Hill, P. J., Rhodes, McNamee. Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE, Alias LEWIS RABINOWITZ, RICHARD ROE, Alias LEWIS DETRICK, and JOHN JONES, Appellants.— Motion to dismiss appeal granted, unless the defendants stipulate within five days after the service of a copy of the order to be entered hereon, to vacate the certificate of reasonable doubt, and surrender themselves to the sheriff of Montgomery county, to be detained pending the determination of the appeal; in the event of the making of such stipulation the time to perfect appeal is extended to the term of this court commencing May 8, 1939. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ALBERT L. SOMMERS, Appellant, v. BERGEN MILK TRANSPORTATION COMPANY and ALBERT PANDORF, Respondents.— Motion for the reinstatement of plaintiff's appeal granted. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MARKS, Appellant.— The judgment and sentence of the court is that the defendant Michael Marks be confined in the State Prison at Attica, N. Y., for a definite term of ten years; that he have credit for the time that he served or was incarcerated in Chemung county jail, and that he also have credit for the time he already served in Attica Prison; anywhere he was confined he shall have credit for. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur. [See *ante*, p. 1015.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEMENCE BUCHANAN, Alias CLEMENT BUCHANAN, Appellant.— The judgment and sentence of the court is that the defendant Clemence Buchanan, alias Clement Buchanan, be confined in the State Prison at Attica, under an indeterminate sentence of not less than ten years nor more than twenty years, for the crime of burglary in the third degree, and under an indeterminate sentence of not less than five years nor more than ten years, for grand larceny in the second degree; the sentences to run concurrently, and the defendant shall receive credit for the time he was confined in the Broome county jail, and likewise for the time he has been confined in the State Prison at Attica under the former illegal sentence. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur. [See *ante*, p. 1010.]

JOHN WANHOPE and Others, Appellants, v. THE PRESS COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 433.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.